# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Antonio Flynn
_____
Name under which you were convicted

AIS 199511
_____
Your prison number

vs.

Jefferson Dunn, et al.
_____
Name of Defendant(s)

CIVIL ACTION NO. 1:17-cv-459-CG-B
(To be supplied by Clerk of Court)

Holman Correctional Facility, Atmore, AL
_____
Place of Confinement and Address

FILED OCT 16 '17 PM 2:25 USDCALS

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>.  You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten.  Do not use the back of a page.  Your complaint must be signed by you; no notary is required.  <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>.  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district.  The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>.  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>.  The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action.  A defendant's present address must be provided.  The Court is unable to serve process without the present address being furnished.  The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed  without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

  If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

  If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

  Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.


I. **PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( )     No ☑

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes ☑     No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Antonio Flynn

Defendants: Robert Riley, Alabama Legislature A-Z, Seth Hammett, Eugene Reese, Ellen Brooks, and Bill Pryor

2. Court (if federal court, name the district; if state court, name the county): Montgomery County Circuit Court

3. Docket Number: CV-03-3026

4. Were you granted the opportunity to proceed without payment of filing fees?

Yes ☑     No ( )

5. Name of judge to whom the case was assigned: Truman Hobbs

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

Failure to state a claim.

7. Approximate date of filing lawsuit: November 17, 2003

8. Approximate date of ruling by court: April 10, 2008

3

## II. **YOUR PRESENT COMPLAINT.**

A. Place or institution where action complained of occurred: Holman Correctional Facility

B. Date it occurred: October 13, 2015

C. Is there a prisoner grievance procedure in this institution? No.

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (  )     No [✓]

E. If your answer is YES:

    1. What steps did you take? _____

    2. What was the result? _____

F. If your answer is NO, explain why not: There is no prisoner grievance procedure.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

I was repeatedly stabbed and seriously injured on the outside yard of Holman's

Segregation Unit when I had my hands handcuffed behind my back. This incident

was never properly investigated.  Please see Attachment A for more details.

_____

_____

_____

_____

_____

_____

_____

4

## III. **PARTIES**.

A. <u>Plaintiff</u> (Your name/AIS): Antonio Flynn, AIS 199511

Your present address: Holman Correctional Facility, Atmore, AL

B. <u>Defendant(s)</u>: Jefferson

1. Defendant (full name) Dunn is employed as Comm'r at AL DOC.

His/her present address is PO Box 301501, Montgomery, AL 36130-1501

(a) Claim against this defendant: Failed to protect my physical safety in violation of my civil rights.

(b) Supporting facts (Include date/location of incident):

I was seriously injured in a stabbing on Holman's Segregation yard on October 13, 2015 (see Attachment A).

2. Defendant (full name) Cynthia Stewart is employed as Warden at Holman Correctional Facility

His/her present address is Holman 3700, Atmore, AL  36503-3700

(a) Claim against this defendant: Failed to protect my physical safety in violation of my civil rights.

(b) Supporting facts (Include date/location of incident):

I was seriously injured in a stabbing on Holman's Segregation yard on October 13, 2015 (see Attachment A).

3. Defendant (full name) Prison Employees 1-6 is employed as unknown at Holman Correctional Facility

His/her present address is Holman 3700, Atmore, AL  36503-3700

(a)  Claim against this defendant: Failed to protect my physical safety in violation of my civil rights.

(b)  Supporting facts  (Include date/location of incident):

I was seriously injured in a stabbing on Holman's Segregation yard on October 13, 2015 (see Attachment A).

C.  Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above).

IV.  A.  You must answer the following questions:

1.  State the conviction(s) for which you are presently incarcerated: Capital murder-robbery per Alabama Code section 13A-5-40(a)(2).

2.  When were you convicted? April 17, 1998

3.  What is the term of your sentence? Life (previously life without parole)

4.  When did you start serving this sentence? December 7, 2016 (resentencing date)

5.  Do you have any other convictions which form the basis of a future sentence?
     Yes  (  )      No  ✓

If so, complete the following:

(a)  Date of conviction: _____

(b)  Term of sentence: _____

6.  What is your expected end of sentence (E.O.S.) date? N/A

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|             | Conviction    | Sentence      |
|-------------|---------------|---------------|
| Reversed    | yes( ) no( )  | yes( ) no( )  |
| Expunged    | yes( ) no( )  | yes( ) no( )  |
| Invalidated | yes( ) no( )  | yes( ) no( )  |

Writ of habeas   yes( ) no( )          yes( ) no( )
   corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your
    conviction or sentence and the date: _____

    _____

**V.**  State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument,
cite no cases or statutes):

Judgment in favor of Plaintiff Antonio Flynn and damages against all Defendants in an
amount sufficient to compensate for the physical harm, stress, and emotional trauma
caused by Defendants' deliberate indifference and misconduct.

**VI.  AFFIRMATION.**  By my signature below, I swear or affirm under penalty of perjury that the
facts set out in this complaint are true and correct.

_10-10-2017_
Date

_Antonio Flynn_
(Signature of Plaintiff Under Penalty of Perjury)

Holman 3700
_____
Current Mailing Address

Atmore, AL  36503-3700
_____

N/A
_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

# ATTACHMENT A

**II.G.  Your Present Complaint.**

My name is Antonio Flynn, and I am incarcerated at the Holman Correctional Facility. On October 13, 2015, I was housed in the Segregation Unit, and was brought out to the outside yard around 6:30 a.m. The outside yard of the Unit is a series of cages that hold a single inmate each; we are supposed to be handcuffed from the time we are brought outside our cell to the time that we are in one of those cages on the yard. Inmates in the Segregation Unit are also supposed to be walked to and from our cells one-by-one, and accompanied by prison staff at all times we are outside our cells or the cages.

On October 13th, I noticed that Officers Burrough and McCord were "working the yard" while Officers McQueery, D. Parham, and Moody,[1] along with a white officer whose name I do not know, were "on the wall." I was put in a cage and left there until about 9:00 a.m., when Officers Burrough and McCord began bringing inmates back in from the yard. They came to my cage, handcuffed me behind my back, and began walking me back to my cell. After a minute, they stopped me and told me to wait where I was while they went and got other inmates to bring back at the same time. I followed their orders.

As I was waiting alone with my hands cuffed behind my back, another inmate, "Badass," attacked me from behind with a piece of fence that had been sharpened like an ice pick. He held me against him with one arm and stabbed me with the other, injuring me on the left side of my jaw, my left shoulder, and slicing the left side of my neck. I fell to the ground and he ran away.

Eventually some officers noticed that I had been stabbed, and they told me to walk to the infirmary. From the infirmary, I was brought to Atmore Hospital and then to the USA Medical Center in Mobile. Early the next morning, on October 14, 2015, I was discharged and sent back to Holman, where I was put back in my same cell in the Segregation Unit. Later that day, my left arm began swelling up a lot and I was brought back to USA Medical Center, where I stayed until Friday, October 16th.

I later learned that the injury to my neck cut an artery and a portion of my vocal cords. The damage to my artery affected the circulation and the damage to my vocal cords has permanently weakened my voice. I am no longer able to speak at the same volume, speak for as long, or make the same range of noises as before the stabbing. I also got at least two other puncture wounds to my face and my shoulder, and I experienced extreme pain for weeks after the stabbing. I now have visible scarring across my neck and jaw as well.

No one at Holman or the Department of Corrections has ever asked me about anything other than who stabbed me and why he might have stabbed me. The warden and shift supervisors know that the way that the Segregation Unit is run puts inmates at risk of violence because other violent incidents have happened. They know that there are not

---

[1] I do not know if these are the correct spellings of these officers' names.

enough officers assigned to supervise Segregation. They know that the few officers who are actually assigned to Segregation cut corners all the time, like escorting multiple inmates at one time, allowing inmates to move around without handcuffs on, or leaving inmates on the hallway unsupervised. An elderly man, Larry Tate, was attacked with some kind of chemical and blinded in Segregation at Holman just a few months before I was attacked.

Antonio Flynn   #18951
3700 Holman   W #38
Atmore, Alabama   36503



"This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated, and
the ADOC is not responsible for the substance or content
of the enclosed communication."

MOBILE P&DC 366
FRI 13 OCT 2017 PM

United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL  36602