# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO FLYNN | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION NO. 17-0459-TM-B |
| CYNTHIA STEWART, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE and ORDERED** this 22nd day of October, 2018.

                /s/ Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES DISTRICT JUDGE